UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

United States of America
                             Plaintiff,

v.                                                      Case No.: 1:14–cv–07449
                                                           Unassigned

Gail Meeks
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 3, 2015:

      MINUTE entry before the Honorable Sheila Finnegan: Motion Hearing held on 2/3/2015. Plaintiff's motion for alternative service of summons and complaint under 735 ILCS 5/2–203.1 [7] is granted for the reasons stated on the record. Order to follow. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.